IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 96-40750
Summary Calendar

SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO.
337; J.C. HART, III

Plaintiffs-Appellants,

versus

TYLER, CITY OF TEXAS,

Defendant-Appellee.

Appeal from the United States District Court
for the
Eastern District of Texas
(6:96-CV-350)

April 17, 1997

Before JOHNSON, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Sheet Metal Workers' International Association (union) and

J.C. Hart, III appeal a judgment entered in favor of the City of

Tyler, Texas, after a bench trial.  The district court's findings

of fact were not clearly erroneous.  See Seal v. Knorpp, 957 F.2d

1230, 1234 (5th Cir. 1992).  Furthermore, the district court did

not err in concluding that the City's no smoking ordinance is not

preempted by the National Labor Relations Act.  See Metropolitan

    [*]  Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

<u>Life Ins. Co. v. Massachusetts</u>, 471 U.S. 724, 753-55 (1985).  The district court also did not err in concluding that the ordinance does not violate the Contracts Clause or the Due Process Clause of the United States Constitution.  <u>See</u> <u>Keystone Bitmus Coal Ass'n v. DeBenedictis</u>, 480 U.S. 470, 502-03 (1987); <u>Energy Reserves Group, Inc. v. Kansas Power and Light Co.</u>, 459 U.S. 400, 411-12 (1983); <u>Allied Structural Steel Co. v. Spannaus</u>, 438 U.S. 234, 241-42 (1978); <u>FM Properties Operating Co. v. City of Austin</u>, 93 F.3d 167, 175 (5th Cir. 1996).

AFFIRMED.